996

THE PEOPLE OF THE STATE OF NEW YORK ex rel. MICHAEL WILLIAMS, Appellant, v KEVIN WALSH, as Sheriff of Onondaga County, et al., Respondents. [656 NYS2d 979] —Motion to reverse order denied. Memorandum: If appellant wishes to expedite this appeal, he should file a motion for poor person relief, compile the record and file the briefs as soon as possible. Present—Green, J. P., Pine, Callahan, Doerr and Fallon, JJ. (Filed Feb. 27, 1997.)

In the Matter of NACHE AFRICA, Petitioner, v FRANCIS AFFRONTI, Respondent. [656 NYS2d 1005] —Motion granted and petition dismissed without costs. Memorandum: Petitioner properly commenced a CPLR article 78 proceeding by filing a notice of petition and petition in the Office of the Clerk of this Court (see, Spodek v New York State Commr. of Taxation & Fin., 85 NY2d 760). Petitioner, however, failed to serve a notice of petition and petition on respondent, and the petition is not verified by petitioner as required by CPLR 7804 (d). Therefore, the petition must be dismissed (see, Spodek v New York State Commr. of Taxation & Fin., supra). Present—Green, J. P., Lawton, Callahan, Doerr and Boehm, JJ.

In the Matter of FRANK DI SALVO, Petitioner, v FRANCIS AFFRONTI, Respondent. [656 NYS2d 1005] —Motion granted and petition dismissed without costs. Same Memorandum as in Matter of Africa v Affronti (237 AD2d 996 [decided herewith]). Present—Green, J. P., Lawton, Callahan, Doerr and Boehm, JJ.